```
    IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
      MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


THE TRAVELERS HOME AND       )
MARINE INSURANCE COMPANY,    )
                             )
     Plaintiff,              )
                             )    CIVIL ACTION NO.
     v.                      )      1:12cv307-MHT
                             )           (WO)
CHARLES E. JONES; et al.,    )
                             )
     Defendants.             )
```

## JUDGMENT

Pursuant to the notices of voluntary dismissal (doc. nos. 36 & 37), it is the ORDER, JUDGMENT and DECREE of the court that defendants Cody Johnson and Michael Allen Vines and the claims against them are dismissed without prejudice, with costs taxed as paid.

The court assumes that the defendants have no objection to the allowance of the dismissal; however, if they do, they must file the objections within seven days from the date of this order.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 6th day of August, 2012.

                                      /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE