IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


THE TRAVELERS HOME AND          )
MARINE INSURANCE COMPANY,       )
                                )
    Plaintiff,                  )
                                )        CIVIL ACTION NO.
    v.                          )         1:12cv307-MHT
                                )             (WO)
CHARLES E. JONES; et al.,       )
                                )
    Defendants.                 )

JUDGMENT

It is the ORDER, JUDGMENT and DECREE of the court that plaintiff Travelers Home and Marine Insurance Company's motion to dismiss defendant Tammy Jane Armstrong, orally made on the record on January 23, 2013, is granted and that defendant Armstrong is dismissed without prejudice and terminated as a party.

It is further ORDERED that the motion for default judgment as to defendant Tanny Jane Armstrong (doc. no. 39) is denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 25th day of January, 2013.

          /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE