IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
THE TRAVELERS HOME AND,      )
MARINE INSURANCE COMPANY     )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )      1:12cv307-MHT
                             )           (WO)
CHARLES E. JONES; et al.,    )
                             )
    Defendants.              )
```

JUDGMENT

In accordance with the opinion entered on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Travelers Home and Marine Insurance Company's motions for default judgment against defendants Charles E. Jones, Charles H. Jones, and Penny Jones (Doc. Nos. 23, 24, and 25) are granted insofar as plaintiff Travelers Home and Marine Insurance Company seeks a declaration that it does not have a duty to defend in the underlying state-court action described in plaintiff Travelers Home and Marine Insurance Company's complaint

in this case. Judgment is entered in favor of plaintiff Travelers Home and Marine Insurance Company and against the Jones defendants in this regard.

(2) Plaintiff Travelers Home and Marine Insurance Company's motions for default judgment against the Jones defendants (Doc. Nos. 23, 24, and 25) are denied insofar as plaintiff Travelers Home and Marine Insurance Company seeks a declaration that it does not have a duty to indemnify in the underlying state-court action described in plaintiff Travelers Home and Marine Insurance Company's complaint in this case.

(3) It is the DECLARATION of this court that plaintiff Travelers Home and Marine Insurance Company does not have a duty to defend with regard to the underlying state-court action described in plaintiff Travelers Home and Marine Insurance Company's complaint in this case.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is not closed.**

**DONE, this the 25th day of March, 2013.**

                                        **/s/ Myron H. Thompson**
                              **UNITED STATES DISTRICT JUDGE**