IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
THE TRAVELERS HOME AND        )
MARINE INSURANCE COMPANY,     )
                              )
     Plaintiff,               )
                              )      CIVIL ACTION NO.
     v.                       )        1:12cv307-MHT
                              )             (WO)
CHARLES E. JONES; et al.,     )
                              )
     Defendants.              )
```

### JUDGMENT

Having considered the joint motion to lift stay and dismiss case without prejudice, it is ORDERED as follows:

(1) The motion (doc. no. 79) is granted.

(2) The stay (doc. no. 69) is lifted.

(3) This case is dismissed without prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains closed.

DONE, this the 29th day of September, 2015.

                        /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE